**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DIANA MARIA SERNA PERALTA,

      Petitioner,

v.                            Case No. 6:23-cv-10-WWB-LHP

CRISTIAN PORTOCARRERO RIOS,

      Respondent.

_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court on the Verified Petition for Return of Child to Colombia (Doc. 1), brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction ("**the Convention**"), Oct. 25, 1980, T.I.A.S. No. 11670, *available at* 1988 WL 411501, and its implementing legislation, the International Child Abduction Remedies Act ("**ICARA**"), 22 U.S.C. §§ 9001–9011, which confers jurisdiction over ICARA proceedings on this Court, 22 U.S.C. § 9003(a), and the parties' proposed Voluntary Return Order (Doc. 39). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 41), in which she recommends that the Court enter the proposed Voluntary Return Order and stay these proceedings pending the voluntary return of the minor child.

After a de novo review of the record and noting that the parties filed a Joint Notice of No Objection (Doc. 42), the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. On or before **June 5, 2023**, Z.P.S., the minor child, shall return to her habitual residence of Colombia in accordance with the terms and conditions set forth in the parties' proposed Voluntary Return Order (Doc. 39 at 1–2), which is adopted as if fully set forth herein.

3. The Clerk is directed to return the minor child's passports and other travel documents to Respondent.

4. This matter is **STAYED** pending the return of the minor child to Colombia. The parties shall file a joint status report every sixty days from the date of this Order. Furthermore, Petitioner shall file a notice with this Court that the minor child has been returned to Colombia no later than three days after her return.

5. Each party shall bear his or her own fees and costs in this matter.

6. The Clerk is directed to administratively close this file.

**DONE AND ORDERED** in Orlando, Florida on February 7, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record