UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANA MARIA SERNA PERALTA,

    Petitioner,

v.    Case No.: 6:23-cv-10-WWB-LHP

CRISTIAN PORTOCARRERO RIOS,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court on Petitioner's Notice of Return of Minor Child to Colombia (Doc. 46), wherein Petitioner has informed the Court that the minor child has been returned to her habitual residence of Colombia in accordance with the February 7, 2023 Order (Doc. 43). Accordingly, it is **ORDERED** that this case is **DISMISSED with prejudice**. The Clerk is directed to lift the stay and close this file.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record